*State of New York*
*Supreme Court, Appellate Division*

Decided and Entered:  February 16, 2017                    D-18-17
_____

In the Matter of MATTHEW S.
   HOGAN, a Disbarred Attorney.

ATTORNEY GRIEVANCE COMMITTEE                    DECISION AND ORDER
   FOR THE THIRD JUDICIAL                            ON MOTION
   DEPARTMENT,
                    Petitioner;

MATTHEW S. HOGAN,
                    Respondent.

(Attorney Registration No. 2141539)
_____

Calendar Date:  February 8, 2017

Before:  McCarthy, J.P., Garry, Rose, Clark and Mulvey, JJ.

_____

        Monica A. Duffy, Attorney Grievance Committee for the Third
Judicial Department, Albany (Michael G. Gaynor of counsel), for
petitioner.

        Matthew S. Hogan, Saratoga Springs, respondent pro se.

_____

Per Curiam.

        Respondent was admitted to practice by this Court in 1987.
He formerly maintained an office for the practice of law in the
City of Saratoga Springs, Saratoga County, but was disbarred by
this Court in 2008 (56 AD3d 887 [2008]).  By application sworn to
November 7, 2016, respondent has moved for reinstatement.
Petitioner opposes respondent's motion.  The Lawyers' Fund for
Client Protection also opposes the application, noting that,
between 2009 and 2011, it paid 13 awards of reimbursement to

respondent's former clients in the total amount of $28,845; nevertheless, respondent has failed to make any reimbursement payments.

Upon our review of, among other things, respondent's motion for reinstatement and the materials submitted in opposition thereto, we find that respondent has failed to sufficiently demonstrate, by clear and convincing evidence, that he possesses the requisite character and fitness to resume the practice of law or that his reinstatement would be in the public interest (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16 [a]).  Accordingly, respondent's motion is denied.

McCarthy, J.P., Garry, Rose, Clark and Mulvey, JJ., concur.

ORDERED that respondent's application for reinstatement is denied.

ENTER:

Robert D. Mayberger
Clerk of the Court